# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT BOSCH LLC,

    Plaintiff,

v.

NINGBO XINHAI AIDUO
AUTOMOBILE WIPER BLADE
MANUFACTOR CO., LTD.,

    Defendant.

Case No. 2:14-cv-01855-LDG (CWH)

**ORDER**

    Presently before the Court is a Motion for Default Judgment (#10) filed by plaintiff Robert Bosch LLC ("Bosch"). Bosch has shown that the summons and complaint were served upon Defendant Ningbo Xinhai Aiduo Automobile Wiper Blade Manufactory Co., Ltd.("Aiduo") on November 5, 2014. Aiduo has failed to appear or otherwise respond to the Complaint. Bosch sought entry of default on December 17, 2014, and Default against Aidou was entered on December 18, 2014. In moving for default judgment, Bosch has shown that this Court has jurisdiction over Aiduo. Bosch would be prejudiced if default judgment is not entered in its favor as it would be left without any remedy. Bosch has sufficiently alleged a claim arising under the patent laws of the United States, having alleged that it is the owner of the asserted patents, and that Aiduo has infringed and

continues to infringe on those patents. As Aiduo has failed to appear or otherwise respond, the truth of these allegations is deemed established. As a result of Aidou's failure to appear, and the establishment of the facts alleged in the complaint, there is little likelihood that any genuine dispute exists. As established, Bosch's claim is meritorious. Bosch is not seeking monetary damages, but is seeking permanent injunctive relief. As Aidou has failed to appear or otherwise respond, and as Bosch has shown that Aidou was served with the summons and complaint, the Court cannot find that Aidou's default was due to excusable neglect. Further, as Aidou's default was not due to excusable neglect, the policy favoring a decision on the merits is not implicated. Accordingly,

THE COURT **ORDERS** that Plaintiff Robert Bosch, LLC.'s Motion for Default Judgment (#10) is GRANTED.

DATED this ___ day of June, 2015.

_____
Lloyd D. George
United States District Judge

2