# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BOSCH, LLC., | |
|     Plaintiff, | Case No. 2:14-cv-01855-LDG (CWH) |
| v. | **ORDER** |
| NINGBO XINHAI AIDUO AUTOMOBILE WIPER BLADE MANUFACTORY CO., LTD., | |
|     Defendant. | |

    The matter came before the Court on the Motion for Default Judgment (#10) filed by Plaintiff Robert Bosch LLC ("Bosch") against Defendant Ningbo Xinhai Aiduo Automobile Wiper Blade Manufactory Co., Ltd.("Aiduo").  As the Court has granted the motion, therefore

    THE COURT **ORDERS AND ADJUDGES** that Default Judgment is entered against Aiduo and in favor of Bosch.

    THE COURT FURTHER **ORDERS** that

    (1)    Aiduo has infringed one or more of the claims of the United States Patents Nos. 6,292,974;  6,553,607;  6,675,434;  6,836,926; and 6,944,905 by using, selling, offering for sale in the United States, and importing into the United

States its wiper blade products model Nos. AD-741 and AD-777, in violation of the patent laws of the United States;

(2) Aiduo is permanently enjoined, along with its officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, and those persons inprivity, active concert or participation with them, from making, using, selling, offering for sale in the United States, or importing into the United States, for the remaining terms of the 6,292,974; 6,553,607; 6,675,434; 6,836,926; and 6,944,905 patents, any wiper blade products infringing any of these patents, including, without limitation, the wiper blade products model Nos. AD-741 and AD-777, and any wiper products that are a mere colorable variation of the same;

(3) The Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this default judgment and the injunctive relief provided herein.

DATED this ___ day of June, 2015.

_____
Lloyd D. George
United States District Judge