# UNITED STATES DISTRICT COURT

### DISTRICT OF _____  Nevada

ROBERT BOSCH, LLC.,

Default

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

NINGBO XINHAI AIDUO AUTOMOBILE
WIPER BLADE MANUFACTORY CO.,

Case Number:  2:14-cv-01855-LDG (CWH)

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

this action is dismissed with prejudice in favor of the Plaintiff and against the Defendant.

June 3, 2015

/s/ Lance S. Wilson

_____
Date

Clerk

/s/ TR

 (By) Deputy Clerk